No. 216. BUCKNER v. HUDSPETH, WARDEN. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis*, denied. *Walker B. Buckner, pro se.* No appearance for respondent.

No. 224. PFAFF v. McCAULEY, WARDEN. October 9, 1939. Petition for writ of certiorari to the Supreme Court of Washington, and motion for leave to proceed further *in forma pauperis*, denied. *Emil Pfaff, pro se.* No appearance for respondent.

No. 227. HOROSKO v. SCHOOL DISTRICT OF MOUNT PLEASANT ET AL. October 9, 1939. Petition for writ of certiorari to the Supreme Court of Pennsylvania, and motion for leave to proceed further *in forma pauperis*, denied. *Mr. Milford J. Meyer* for petitioner. No appearance for respondents.

No. 255. REGAN v. REMER, SUPERINTENDENT, UNITED STATES PRISON CAMP No. 11, KOOSKIA, IDAHO. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis*, denied. *Daniel C. Regan, pro se.* No appearance for respondent.

No. 263. GARRISON v. JOHNSTON, WARDEN. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis*, denied. *Or-*